UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>DRB INVESTMENTS LLC, et al.,<br><br>        Defendants. | Case No. 22-cv-01166-SVK<br><br>**ORDER STRIKING AND SEALING DEFENDANTS' INITIAL DISCLOSURES AT DKT. 27**<br><br>Re: Dkt. No. 27 |

On August 12, 2022, Defendants filed their Rule 26 initial disclosures with the Court. Dkt. 27. Written discovery material is to be served on the other Parties, not filed with the Court, and accordingly the Court **STRIKES** Dkt. 27. In addition, the initial disclosures improperly disclose the Parties' settlement positions. The Court has not and will not consider this information. Accordingly, the Clerk's Office is ordered to **SEAL** Dkt. 27.

**SO ORDERED.**

Dated: August 15, 2022

SUSAN VAN KEULEN
United States Magistrate Judge